IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR278 |
| | ) | |
| vs. | ) | |
| | ) | |
| DALLAS SHERMAN RHINEHART and LINDSEY ANN ROKAHR, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Dallas Sherman Rhinehart's unopposed Motion to Continue Trial [42]. Counsel needs additional time to review discovery, discuss and explain the legal implications of discovery materials, and make critical stage determinations with his client. The court has been advised through counsel that co-defendant, Lindsey Ann Rokahr does not object to the requested continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 28, 2022, is continued to **May 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  February 8, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge